FILED
07 JUL 25 AM 10: 23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD TRIATHLON CORPORATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>KAI ELAU OUTRIGGER CANOE CLUB, SOUTHERN CALIFORNIA OUTRIGGER CANOE ASSOCIATION, SCOTT BRYAN, KATE GODFREY, HOWARD ADAMSON, and CAROL SHICK,<br><br>Defendants. | CASE NO. 07 CV 1120 W (LSP)<br><br>**ORDER SETTING UNIFORM RESPONSE DATE FOR DEFENDANTS** |

## ORDER

After review of the parties' joint motion to extend response dates, the Court finds that there is GOOD CAUSE to extend the response date of the defendants who have previously been served in this matter in order to coordinate a single response date with defendants Howard Adamson and Scott Bryan and to allow counsel for the defense appropriate time to investigate the matter and formulate a response. IT IS THEREFORE ORDERED that all defendants shall respond on or before Monday, August 13, 2007.

DATED: July 24, 2007

Honorable Thomas J. Whelan
United States District Judge